IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ARTHUR HENRY BALLARD, as personal representative of the estate of Joseph Ryan Ballard, deceased, <br><br> Plaintiff, <br><br> v. <br><br> GENERAL MOTORS, LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) |  CASE NO. 2:20-CV-260-WKW <br> [WO] |

# FINAL JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the court, it is the ORDER, JUDGMENT, and DECREE of the court that judgment is entered in favor of Defendant and against Plaintiff.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 7th day of June, 2023.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE